```
                    FILED
              CLERK, U.S. DISTRICT COURT

                   MAR 20 2009

              CENTRAL DISTRICT OF CALIFORNIA
              BY _____ DEPUTY
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> _A. Cristobal_ ) <br> Defendant. ) <br> ) | Case No.: 05-533M <br><br> ORDER OF DETENTION AFTER HEARING <br> [Fed.R.Crim.P. 32.1(a)(6); <br> 18 U.S.C. 3143(a)] |

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the _____PSA_____ for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

    The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

    The Court finds that:

A.   (✓)  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _____PSA Rpt Factors_____

|   |   |
|---|---|
| 1 | _____ |
| 2 | _____ |
| 3 | _____ |
| 4 | and/or |
| 5 | B. ( ) The defendant has not met his/her burden of establishing by |
| 6 | clear and convincing evidence that he/she is not likely to pose |
| 7 | a danger to the safety of any other person or the community if |
| 8 | released under 18 U.S.C. § 3142(b) or (c). This finding is based |
| 9 | on:_____ |

    IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: 3/20/09

_____
UNITES STATES MAGISTRATE JUDGE

2